# EXHIBIT 3

DEPARTAMENTO DE ESTADO
GOBIERNO DE PUERTO RICO
DECLARACIÓN DE FINANCIAMIENTO
*FINANCING STATEMENT*

Favor de seguir cuidadosamente l[a]
*Please follow carefully the instruc*[tions]

2013004449

Para añadir más información utili[ce]
*To add more information use the* addendum

Reservado para el oficial de archivo / *Reserved for the filing officer*

Sello de fecha y hora:
*Date and time stamp:*

REGISTRO DE TRANSACCIONES COMERCIALES

Número de registro:
*Registration number:*

2013 AUG 21 AM 10:37

A. DEVOLVER COPIA A: / *RETURN COPY TO:* (Nombre y dirección postal / *Name and mailing address*)
Fiddler González & Rodríguez, PSC
c/o Anita del Toro
P.O. Box 363507
San Juan, Puerto Rico 00936-3507

**1. NOMBRE DEL PRIMER DEUDOR /** *FIRST DEBTOR'S NAME* Complete solo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| Puerto Rico Electric Power Authority | | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|---|
| P.O. Box 363508 | | San Juan | PR | USA | 00936-3508 |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional Information about the entity*

**2. NOMBRE DE DEUDOR ADICIONAL /** *ADDITIONAL DEBTOR'S NAME* Complete solo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| | | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| | | | | |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional Information about the entity*

**3. NOMBRE DEL ACREEDOR GARANTIZADO /** *SECURED PARTY'S NAME* Complete solo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| US Bank National Association, on behalf of the bondholders of Power Revenue Bonds, Series 2013A | | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| EX-NY-WALL, 100 Wall Street, Suite 1600 | New York | New York | USA | 10005 |

**4. ESTA DECLARACIÓN DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTÍCULOS DE PROPIEDAD:**
*THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS OF PROPERTY:*

Puerto Rico Electric Power Authority ("PREPA") has executed and delivered a certain Trust Agreement, dated as of January 1, 1974, as amended (the "Agreement"), and has pledged to US Bank National Association, as successor trustee (the "Trustee"), on behalf of the holders of the power revenue and power revenue refunding bonds issued under and secured by the Agreement, the Revenues of the System (as each such term is defined in the Agreement) and other moneys to the extent provided in the Agreement as security for the payment of such power revenue and power revenue refunding bonds and the interest and redemption premium, if any, thereon and as security for the satisfaction of any other obligation assumed by it in connection with such bonds.

**5. MARQUE SI APLICA /** *CHECK IF APPLICABLE* (Describa la propiedad en el apendice / *Describe the real estate in the addendum*)
☐ Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad.
*The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.*

**6. FIRMA(S) /** *SIGNATURES (S)*

| Primer deudor / *First debtor* | Deudor adicional / *Additional debtor* | Acreedor garantizado / *Secured party* |
|---|---|---|
| X [signature] | | |

**7. NOTARÍA (Opcional) /** *Notary (Optional)*
AFFIDAVIT NÚMERO / *NUMBER:* _Luis Figueroa Baez_
Jurado y suscrito ante mí por / *Sworn and subscribed before me by:*
Chief Financial Officer

En / *In:* _____

Fecha / *Date:* August 21, 2013

Notario Público / *Notary Public*

Comprobante de Rentas Internas (copia amarilla) por la cantidad de $25.00 a la cifra de ingreso 1701
*$25.00, payable on an Internal Revenue voucher (yellow copy) with income code 1701*

Forma UCC-1PR (Rev. Julio 2010)