# EXHIBIT 5

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
DEPARTAMENTO DE ESTADO
Registro de Transacciones Comerciales

2015004173

ISTRO DE TRANSACCIONES COMERCIALES

15 JUN 30 AM 10: 44

## DECLARACIÓN DE FINANCIAMIENTO / FINANCING STATEMENT
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

**A. NOMBRE Y NÚMERO DE CONTACTO (opcional) /** *NAME & PHONE OF CONTACT AT FILER (optional)*
Jason Reed 1-612-672-8301

**B. CORREO ELECTRÓNICO DE CONTACTO (opcional) /** *E-MAIL CONTACT AT FILER (optional)*
jason.reed@maslon.com

**C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): /** *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Maslon LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

**1. NOMBRE DEL DEUDOR /** *DEBTOR'S NAME*: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

**1a. NOMBRE DE LA ENTIDAD /** *ORGANIZATION'S NAME*
**Puerto Rico Electric Power Authority**

OR **1b. APELLIDO /** *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO /*SUFFIX*

**1c. DIRECCIÓN POSTAL /** *MAILING ADDRESS*: PO Box 364267 | CIUDAD / *CITY*: San Juan | ESTADO / *STATE*: PR | CÓDIGO POSTAL / *POSTAL CODE*: 00936 | PAÍS / *COUNTRY*

**2. NOMBRE DEL DEUDOR/** *DEBTOR'S NAME*: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el espacio provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en al renglón 10 en el Anerjo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

**2a. NOMBRE DE LA ENTIDAD /** *ORGANIZATION'S NAME*

OR **2b. APELLIDO /** *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO / *SUFFIX*

**2c. DIRECCIÓN /** *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO / *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS / *COUNTRY*

**3. NOMBRE DEL ACREEDOR GARANTIZADO** (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b)
*SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

**3a. NOMBRE DE LA ENTIDAD /** *ORGANIZATION'S NAME*    **U.S. Bank National Association, as Trustee and successor Trustee for all holders of bonds issued and to be issued under Trust Agreement dated January 1, 1974.**

OR **3b. APELLIDO /** *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / *SUFFIX*

**3c. DIRECCIÓN POSTAL /** *MAILING ADDRESS*: 100 Wall Street | CIUDAD / *CITY*: New York | ESTADO / *STATE*: NY | CÓDIGO POSTAL / *POSTAL CODE*: 10005 | PAÍS / *COUNTRY*

**4. COLATERAL:** Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

See Exhibit A attached hereto consisting of one (1) page.

**5.** Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso ☐ administrado por Representante de un difunto (véase UCC1AdPR, renglón 7 e instrucciones) | Check *only* if applicable and check *only* one box: Collateral is ☐ held in a Trust (See UCC1AdPR, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Marque solo si aplica y una sola alternativa / *Check only if applicable and check only one box:*
☐ Transacción de Financiamiento Público / *Public-Finance Transaction*
☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction*
☑ Un Deudor es una entidad transmisora / *A Debtor is a Transmitting Utility*

**6b.** Marque *solo* si aplica y solo una alternativa / Check *only* if applicable and check *only* one box:
☐ Gravamen Agrícola / *Agricultural Lien*
☐ Inscripción extraregistral Non-UCC Filing

**7. DESIGNACIÓN ALTERNA (si aplica)**
*ALTERNATIVE DESIGNATION (if applicable):*
☐ Arrendador/Arrendatario Lessee/Lessor
☐ Consignatario/ Consignador Consignee/Consignor
☐ Vendedor/ Comprador Seller/Buyer
☐ Depositario/ Fiador Bailee/Bailor
☐ Concesionario/Concedente Licensee/Licensor

**8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE /** *OPTIONAL FILER REFERENCE DATA:* **English Name Filing**

**COPIA OFICINA DE REGISTRO**—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

## Instrucciones para la Declaración de Financiamiento
### (Forma UCC1PR)

Escriba a máquina o con impresora de láser en este formulario. Asegúrese que esté completamente legible. Lea y siga todas las instrucciones, en especial la Instrucción 1; uso del nombre correcto para el deudor es crucial.
Llenar el formulario con mucho cuidado; errores pueden tener consecuencias jurídicas importantes. Si tiene alguna pregunta, consulte con su abogado. La oficina de registro no puede dar consejos legales.
Envíe el formulario debidamente completado a la oficina de registro, además de cualquier anejo, con la tarifa requerida.

**INSTRUCCIONES POR RENGLÓN**

A y B. Para ayudar a la oficina de registro para comunicarse con el presentante, éste puede proporcionar información en los renglones A y B. Estos renglones son opcionales.

C. Complete el renglón C si el presentante desea se le envíe acuse de recibo. Presente simultáneamente copia de este formulario para su uso como acuse de recibo.

1. **Nombre del deudor.** Revise cuidadosamente la norma legal aplicable al proporcionar el nombre del deudor. Introduzca un solo nombre de Deudor en el renglón 1 - ya sea el nombre de una entidad (1a) o el nombre de un individuo (1b). Si alguna parte del nombre del deudor individual no cabe en la línea 1b, marque la casilla en el renglón 1, dejar todo el renglón 1 en blanco, marque la casilla en el renglón 10 del anejo de la declaración de financiamiento (Formulario UCC1AdPR) e introduzca el Nombre del Deudor individual en el renglón 10 del anejo de la declaración de financiamiento (Formulario UCC1AdPR). Introduzca el nombre correcto del deudor. No abrevie palabras que no estén abreviadas en el nombre legal del deudor. Si una parte del nombre del deudor consiste en sólo una inicial o una abreviatura y no una palabra completa, ingrese solamente la abreviatura o la inicial. Si la colateral se deposita en un fideicomiso y el nombre del deudor es el nombre del fideicomiso, ingrese el nombre del fideicomiso en el área de Nombre de la Entidad en el renglón 1a.

1a. Nombre de la Entidad. "Nombre de Entidad" se entiende como el nombre de una entidad jurídica que no es una persona natural. Un negocio propio no es una entidad, incluso si el propietario individual hace negocios bajo un nombre comercial. Si el deudor es una entidad jurídica inscrita (e.g., corporación, compañía de responsabilidad limitada, sociedad de responsabilidad limitada), es aconsejable examinar los documentos de registro del Deudor para determinar el nombre legal y correcto de éste. Nombre comercial es insuficiente. Si el nombre tiene un sufijo (e.g., corporación, compañía de responsabilidad limitada, sociedad de responsabilidad limitada) como parte del nombre del deudor, debe ser incluido. No use palabras que no son parte del nombre de la entidad deudora.

1b. Nombre de Persona Natural. "Nombre de Persona Natural" significa el nombre de una persona natural; esto incluye el nombre de un individuo haciendo negocios como un negocio propio, sin importar que opere bajo un nombre comercial. El término incluye el nombre de una persona fallecida cuando la colateral está siendo administrada por un representante del difunto. El término no incluye el nombre de la entidad jurídica, incluso si contiene, como parte del nombre de la entidad jurídica, el nombre de una persona natural. Los prefijos (e.g., Sr., Sra., Srta.) y títulos (e.g., MD) por lo general no forman parte de un nombre de persona natural. Indicaciones de linaje (e.g., Jr., Sr., III) no son generalmente parte del nombre de la persona natural, pero se pueden introducir en el renglón "Sufijo". Introduzca el apellido del deudor (apellido) en la casilla de "Apellido" y el nombre en "Nombre", y todos los nombres adicionales en el renglón de "Segundo Nombre".

Si el nombre de una persona natural se compone de una sola palabra, escriba la palabra en el renglón "Apellido" y deje lo demás en blanco.

Tanto para personas jurídicas y naturales. No utilizar el nombre comercial del deudor, "DBA", "AKA", "FKA", nombre de división, etc. en lugar de o en combinación con el Nombre correcto del deudor; el presentador puede añadir otros nombres como Deudores adicionales si lo desea (pero esto no es ni necesario ni recomendable).

1c. Introduzca una dirección postal para el Deudor nombrado en el renglón 1a o 1b.

2. **El nombre del Deudor adicional.** Si se incluye un deudor adicional, complete el renglón 2, determinando y siguiendo el formato de la instrucción 1. Para Deudores adicionales, adjuntar, ya sea un Anejo (Formulario UCC1AdPR) o una Parte adicional (Formulario UCC1APPR) y siga la Instrucción 1 para divulgar y dar formato a los nombres adicionales.

3. **Nombre del Acreedor Garantizado.** Introduzca el nombre y dirección postal para el Acreedor Garantizado o Cesionario que será el Acreedor Garantizado para récord. Para los Acreedores Garantizados adicionales, aneje el Anejo (Formulario UCC1AdPR) o Parte adicional (Formulario UCC1APPR). Si se ha realizado una cesión plena del derecho del Acreedor Garantizado inicial al Acreedor Garantizado de record antes de presentar este formulario; (1) introduzca el nombre del Acreedor Garantizado Cedente y la dirección postal en el renglón 3 de este formulario y presente una enmienda (formulario UCC3PR) [véase el renglón 5 de dicho formulario]; o (2) escriba el nombre y la dirección postal del cesionario en el renglón 3 de esta forma y, si lo desea, también aneje Anejo (Formulario UCC1AdPR) proveyendo el nombre del Acreedor Garantizado Cedente y su dirección postal en el renglón 11.

4. **Colateral.** Utilice el renglón 4 para indicar la colateral cubierta por la presente declaración de financiamiento. Si el espacio en el renglón 4 es insuficiente, continúe con la descripción de la colateral en el renglón 12 del Anejo (Formulario UCC1AdPR) o aneje una página o páginas adicionales e incorpórela por referencia en el renglón 12 (e.g., véase el Anejo A). No incluya números de seguro social u otra información de identificación personal.

*Nota:* Si esta declaración de financiamiento cubre madera en pie, cubre propiedad gravada según extraída, o está presentada como un inmueble por su destino, aneje Anejo (Formulario UCC1AdPR) y complete la información requerida en los renglones 13, 14, 15 y 16.

5. Si la colateral se mantiene en un fideicomiso o es administrado por el representante de un difunto, marque la casilla correspondiente en el renglón 5. Si más de un Deudor tiene un interés en la colateral descrita y la casilla marcada no se aplica a los intereses de todos los Deudores, el declarante debe considerar presentar una declaración de financiamiento separada (Forma UCC1PR) para cada Deudor.

6a. Si esta declaración de financiamiento se refiere a una Transacción de Financiamiento Público, Transacción de Casa Prefabricada, o el Deudor es una Entidad Transmisora, marque la casilla correspondiente en el renglón 6a. Si un Deudor es una Entidad Transmisora y la declaración de financiamiento inicial se presentó en relación con una Transacción de Financiamiento Público o una Transacción de Casa Prefabricada, marque sólo que el Deudor es una Entidad Transmisora.

6b. Si se trata de un gravamen agrícola (como se define en la Ley de Transacciones Comerciales) o si esto no es una garantía registral (e.g., un derecho de retención de impuestos, embargo judicial, etc.), marque la casilla correspondiente en el renglón 6b y agregue el anejo que sea requerido por alguna otra ley.

7. **Designación Alterna.** Si el deseo del presentador (a opción de éste) es utilizar las designaciones: arrendatario y arrendador, consignatario y consignador, vendedor y comprador (tal como en el caso de la venta de un intangible, pagaré, cuenta o papel financiero), depositario y fiador, o concesionario y concedente en lugar de Deudor y Acreedor Garantizado, marque la casilla correspondiente en el renglón 7.

8. **Datos Opcionales de Referencia para el Solicitante.** Este renglón es opcional, y sólo para uso del declarante. Para su conveniencia ingrese en el renglón 8 cualquier información de referencia que pueda serle de utilidad. No incluya números de seguro social u otra información de identificación personal.

## Instructions for Financing Statement (Form UCC1PR)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all Instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

**ITEM INSTRUCTIONS**

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.
C. Complete item C if filer desires an acknowledgment sent to them. Present simultaneously with this form a copy of this form for use as an acknowledgment copy.

1. **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter <u>only one Debtor name in item 1</u> – either an organization's name (1a) <u>or</u> an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1AdPR) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1AdPR). Enter Debtor's <u>correct name</u>. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a. <u>Organization Debtor Name</u>. "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is **not** an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b. <u>Individual Debtor Name</u>. "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both <u>organization and individual Debtors</u>. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c. Enter a mailing address for the Debtor named in item 1a or 1b.

2. **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1AdPR) or Additional Party (Form UCC1APPR) and follow Instruction 1 for determining and formatting additional names.

3. **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1AdPR) or Additional Party (Form UCC1APPR). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3PR) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1AdPR) giving Assignor Secured Party's name and mailing address in item 11.

4. **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1AdPR) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note*: If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1AdPR) and complete the required information in items 13, 14, 15, and 16.

5. If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1PR) for each Debtor.

6a. If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility <u>and</u> the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check <u>only</u> that a Debtor is a Transmitting Utility.

6b. If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7. **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8. **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

## Exhibit A to UCC Financing Statement
### (English Name)

REGISTRO DE TRANSACCIONES COMERCIALES

15 JUN 30 AM 10: 44

| | |
|---|---|
| Debtor: | Puerto Rico Electric Power Authority<br>PO Box 364267<br>San Juan, Puerto Rico 00936 |
| Secured Party: | U.S. Bank National Association, as Trustee, for the benefit of holders of bonds issued under the Trust Agreement dated January 1, 1974, as amended.<br>100 Wall Street<br>New York, NY 10005 |

All of following assets of Debtor:

Without limiting any rights in favor of the Secured Party (or its predecessors), including any prior filings, the purpose of this financing statement is to perfect all liens, security interests and pledges now or hereafter granted by the Debtor to the Secured Party as successor trustee and to any predecessor trustee and to any successor trustee to the Secured Party under the terms of that certain Trust Agreement dated January 1, 1974, as the same shall be amended from time to time, between the Debtor and U.S. Bank National Association as successor trustee (as amended from time to time, the "Trust Agreement"), which Trust Agreement is hereby incorporated herein by this reference. All capitalized terms herein shall have the meanings set forth in the Trust Agreement.

Without limiting the foregoing, this financing statement covers all of the Debtor's rights, title, and interest in and to now-owned or acquired collateral to the extent provided under the Trust Agreement to secure the indebtedness evidenced by the Trust Agreement and the indebtedness evidenced by any bonds now or hereafter issued thereunder, including without limitation, to the extent provided in the Trust Agreement or any document or agreement delivered by the Debtor to the Trustee in accordance with the terms thereof, in all Revenues of the System and all other monies granted under the Trust Agreement, including without limitation, all of such rights of the Debtor in and to any "Funds" and any proceeds, deposit accounts, security entitlements, other investment property, accounts, payment intangibles, "Time Deposits," supporting obligations, and general intangibles of any of the foregoing and all related rights arising from or now or hereafter held in or required to be held in the "Construction Fund," "Sinking Fund," "Reserve Maintenance Fund", "Self-insurance Fund," "Capital Improvement Fund," and "Subordinate Obligations Fund" and any earnings therein, wherever the same shall be held, and any and all property of any kind from time to time pledged, assigned, or transferred as additional security for the bonds by the Debtor or by anyone on its behalf.

4851-9882-9093v2