Case:19-00391-LTS Doc#:246-10 Filed:06/02/23 Entered:06/02/23 01:21:54 Desc:
Exhibit Bondholders 37 - Principles of Corporate Finance Page 1 of 5

Thirteenth Edition

# Principles of CORPORATE FINANCE



Brealey Myers Allen

Mc Graw Hill Education

Case:19-00391-LTS Doc#:246-10 Filed:06/02/23 Entered:06/02/23 01:21:54 Desc:
Exhibit Bondholders 37 - Principles of Corporate Finance Page 2 of 5



8

CHAPTER

# Portfolio Theory and the Capital Asset Pricing Model

In Chapter 7, we began to come to grips with the problem of measuring risk. Here is the story so far.

The stock market is risky because there is a spread of possible outcomes. The usual measure of this spread is the standard deviation or variance. The risk of any stock can be broken down into two parts. There is the *specific* or *diversifiable risk* that is peculiar to that stock, and there is the *market risk* that is associated with marketwide variations. Investors can eliminate specific risk by holding a well-diversified portfolio, but they cannot eliminate market risk. *All* the risk of a fully diversified portfolio is market risk.

A stock's contribution to the risk of a fully diversified portfolio depends on its sensitivity to market changes. This sensitivity is generally known as *beta.* A security with a beta of 1.0 has average market risk—a well-diversified portfolio of such securities has the same standard deviation as the market index. A security with a beta of .5 has below-average market risk—a well-diversified portfolio of these securities tends to move half as far as the market moves and has half the market's standard deviation.

In this chapter, we build on this newfound knowledge. We present leading theories linking risk and return in a competitive economy, and we show how financial managers use these theories to estimate the returns required by investors in different stock market investments. We start with the most widely used theory, the capital asset pricing model, which builds directly on the ideas developed in the last chapter. We will also look at another class of models, known as arbitrage pricing or factor models. Then in Chapter 9, we show how these ideas can help the financial manager cope with risk in practical capital budgeting situations.

## 8-1 Harry Markowitz and the Birth of Portfolio Theory

Most of the ideas in Chapter 7 date back to an article written in 1952 by Harry Markowitz.[1] Markowitz drew attention to the common practice of portfolio diversification and showed exactly how an investor can reduce the standard deviation of portfolio returns by choosing stocks that do not move exactly together. But Markowitz did not stop there; he went on to work out the basic principles of portfolio construction. These principles are the foundation for much of what has been written about the relationship between risk and return.

We begin with Figure 8.1, which shows a histogram of the daily returns on IBM stock from 1997 to 2017. On this histogram we have superimposed a bell-shaped normal distribution.

[1]H. M. Markowitz, "Portfolio Selection," *Journal of Finance* 7 (March 1952), pp. 77–91.

Case:19-00391-LTS Doc#:246-10 Filed:06/02/23 Entered:06/02/23 01:21:54 Desc:
Exhibit Bondholders 37 - Principles of Corporate Finance Page 3 of 5


It turns out that many of these assumptions are not crucial, and with a little pushing and pulling, it is possible to modify the capital asset pricing model to handle them. The really important idea is that investors are content to invest their money in a limited number of benchmark portfolios. (In the basic CAPM, these benchmarks are Treasury bills and the market portfolio.)

In these modified CAPMs, expected return still depends on market risk, but the definition of market risk depends on the nature of the benchmark portfolios. In practice, none of these alternative capital asset pricing models is as widely used as the standard version.

## 8-4 Some Alternative Theories

The capital asset pricing model pictures investors as solely concerned with the level and uncertainty of their future wealth. But this could be too simplistic. For example, investors may become accustomed to a particular standard of living, so that poverty tomorrow may be particularly difficult to bear if you were wealthy yesterday. Behavioral psychologists have also observed that investors do not focus solely on the *current* value of their holdings, but look back at whether their investments are showing a profit. A gain, however small, may be an additional source of satisfaction. The capital asset pricing model does not allow for the possibility that investors may take account of the price at which they purchased stock and feel elated when their investment is in the black and depressed when it is in the red.[21]

**BEYOND THE PAGE**

The consumption CAPM

mhhe.com/brealey13e

### Arbitrage Pricing Theory

The capital asset pricing theory begins with an analysis of how investors construct efficient portfolios. Stephen Ross's **arbitrage pricing theory,** or **APT,** comes from a different family entirely. It does not ask which portfolios are efficient. Instead, it starts by *assuming* that each stock's return depends partly on pervasive macroeconomic influences or "factors" and partly on "noise"—events that are unique to that company. Moreover, the return is assumed to obey the following simple relationship:

$$\text{Return} = a + b_1(r_{\text{factor 1}}) + b_2(r_{\text{factor 2}}) + b_3(r_{\text{factor 3}}) + \cdots + \text{noise}$$

The theory does not say what the factors are: There could be an oil price factor, an interest-rate factor, and so on. The return on the market portfolio *might* serve as one factor, but then again it might not.

Some stocks will be more sensitive to a particular factor than other stocks. ExxonMobil would be more sensitive to an oil price factor than, say, Coca-Cola. If factor 1 picks up unexpected changes in oil prices, $b_1$ will be higher for ExxonMobil.

For any individual stock, there are two sources of risk. First is the risk that stems from the pervasive macroeconomic factors. This cannot be eliminated by diversification. Second is the risk arising from possible events that are specific to the company. Diversification eliminates specific risk, and diversified investors can therefore ignore it when deciding whether to buy or sell a stock. The expected risk premium on a stock is affected by factor or macroeconomic risk; it is *not* affected by specific risk.

[21]We discuss aversion to loss again in Chapter 13. The implications for asset pricing are explored in S. Benartzi and R. Thaler, "Myopic Loss Aversion and the Equity Premium Puzzle," *Quarterly Journal of Economics* 110 (1995), pp. 73–92; and in N. Barberis, M. Huang, and T. Santos, "Prospect Theory and Asset Prices," *Quarterly Journal of Economics* 116 (2001), pp. 1–53.

But now you discover that the company's engineers are behind schedule in developing the technology required for the project. They are confident it will work, but they admit to a small chance that it will not. You still see the *most likely* outcome as $1 million, but you also see some chance that project Z will generate *zero* cash flow next year.

Now the project's prospects are clouded by your new worry about technology. It must be worth less than the $909,100 you calculated before that worry arose. But how much less? There is *some* discount rate (10% plus a fudge factor) that will give the right value, but we do not know what that adjusted discount rate is.

We suggest you reconsider your original $1 million forecast for project Z's cash flow. Project cash flows are supposed to be *unbiased* forecasts that give due weight to all possible outcomes, favorable and unfavorable. Managers making unbiased forecasts are correct on average. Sometimes, their forecasts will turn out high, other times low, but their errors will average out over many projects.

If you forecast a cash flow of $1 million for projects like Z, you will overestimate the average cash flow, because every now and then you will hit a zero. Those zeros should be "averaged in" to your forecasts.

For many projects, the most likely cash flow is also the unbiased forecast. If there are three possible outcomes with the probabilities shown below, the unbiased forecast is $1 million. (The unbiased forecast is the sum of the probability-weighted cash flows.)

| Possible Cash Flow | Probability | Probability-Weighted Cash Flow | Unbiased Forecast |
|---|---|---|---|
| 1.2 | 0.25 | 0.3 | |
| 1.0 | 0.50 | 0.5 | 1.0, or $1 million |
| 0.8 | 0.25 | 0.2 | |

This might describe the initial prospects of project Z. But if technological uncertainty introduces a 10% chance of a zero cash flow, the unbiased forecast could drop to $900,000:

| Possible Cash Flow | Probability | Probability-Weighted Cash Flow | Unbiased Forecast |
|---|---|---|---|
| 1.2 | 0.225 | 0.27 | |
| 1.0 | 0.45 | 0.45 | 0.90, or $900,000 |
| 0.8 | 0.225 | 0.18 | |
| 0 | 0.10 | 0.0 | |

The present value is

$$PV = \frac{.90}{1.1} = .818, \text{ or } \$818,000$$

Managers often work out a range of possible outcomes for major projects, sometimes with explicit probabilities attached. We give more elaborate examples and further discussion in Chapter 10. But even when outcomes and probabilities are not explicitly written down, the manager can still consider the good and bad outcomes as well as the most likely one. When the bad outcomes outweigh the good, the cash-flow forecast should be reduced until balance is regained.

to do this.) Check that you get the same answer as when you calculated the portfolio variance directly.

5. (COVARIANCE.P) Repeat question 4, but now calculate the covariance directly rather than from the correlations and variances.

6. (RSQ) For each of the two stocks calculate the proportion of the variance explained by the market index. Do the results square with your intuition?

7. Use the *Regression* facility under the *Data Analysis* menu to calculate the beta of each stock and of the portfolio (beta here is called the coefficient of the X-variable). Look at the standard error of the estimate in the cell to the right. How confident can you be of your estimates of the betas of each stock? How about your estimate of the portfolio beta?

## SUMMARY

In Chapter 8, we set out the basic principles for valuing risky assets. This chapter shows you how to apply those principles when valuing capital investment projects.

Suppose the project has the same market risk as the company's existing assets. In this case, the project cash flows can be discounted at the *company cost of capital*. The company cost of capital is the rate of return that investors require on a portfolio of all of the company's outstanding debt and equity. It is usually calculated as an after-tax *weighted-average cost of capital* (after-tax WACC)—that is, as the weighted average of the after-tax cost of debt and the cost of equity. The weights are the relative market values of debt and equity. The cost of debt is calculated after tax because interest is a tax-deductible expense.

The hardest part of calculating the after-tax WACC is estimation of the cost of equity. Most large, public corporations use the capital asset pricing model (CAPM) to do this. They generally estimate the firm's equity beta from past rates of return for the firm's common stock and for the market, and they check their estimate against the average beta of similar firms.

The after-tax WACC is the correct discount rate for projects that have the same market risk as the company's existing business. Many firms, however, use the after-tax WACC as the discount rate for all projects. This is a dangerous procedure. If the procedure is followed strictly, the firm will accept too many high-risk projects and reject too many low-risk projects. It is *project* risk that counts: The true cost of capital depends on the use to which the capital is put.

Managers, therefore, need to understand why a particular project may have above- or below-average risk. You can often identify the characteristics of a high- or low-beta project even when the beta cannot be estimated directly. For example, you can figure out how much the project's cash flows are affected by the performance of the entire economy. Cyclical projects are generally high-beta projects. You can also look at operating leverage. Fixed production costs increase beta.

Don't be fooled by diversifiable risk. Diversifiable risks do not affect asset betas or the cost of capital, but the possibility of bad outcomes should be incorporated in the cash-flow forecasts. Also be careful not to offset worries about a project's future performance by adding a fudge factor to the discount rate. Fudge factors don't work, and they may seriously undervalue long-lived projects.

There is one more fence to jump. Most projects produce cash flows for several years. Firms generally use the same risk-adjusted rate to discount each of these cash flows. When they do this, they are implicitly assuming that cumulative risk increases at a constant rate as you look further into the future. That assumption is usually reasonable. It is precisely true when the project's future beta will be constant, that is, when risk *per period* is constant.

But exceptions sometimes prove the rule. Be on the alert for projects where risk clearly does not increase steadily. In these cases, you should break the project into segments within which the same discount rate can be reasonably used. Or you should use the certainty-equivalent version of the DCF model, which allows separate risk adjustments to each period's cash flow.

The nearby box provides useful spreadsheet functions for estimating stock and market risk.